263

**No. 49634.**—Protest 892308–G (A) of Northam Trading Corp. (New York).

Opinion by KINCHELOE, J. It was stipulated that certain of the merchandise is of the same dutiable character as that involved in Abstract 48207. In accordance therewith the protest was sustained to this extent.

BEFORE THE THIRD DIVISION, JULY 20, 1944

**No. 49635.**—Protest 78533–K of Braun Importing Co., Inc. (New York).

Opinion by EKWALL, J. In view of Abstract 45762 and stipulation of counsel that the ginger is not composed in chief value of manufactured sugar, it was held that the tax is not applicable thereto.

**No. 49636.**—Protest 101842–K of Western States Importing Co. (San Francisco).

Opinion by EKWALL, J. At the hearing it was agreed by counsel that the liquidation was erroneously made. The protest was therefore sustained to this extent.

**No. 49637.**—Protest 935128–G of Samuel S. Perry (Seattle).

Opinion by EKWALL, J. At the hearing it was found that it was the duty of the collector to transmit the protest to this court in order that the importer might have the benefit of a hearing and produce proof of his authority. Following. *United Bulb Co.* v. *United States* (6 Cust. Ct. 78, C. D. 431) and *Rhodes* v. *United States* (7 Cust. Ct. 33, C. D. 528) cited by plaintiff, the protest was sustained, and the court held that the original protest should be forwarded to this court in order that plaintiff may obtain a judicial ruling. T. D. 50565, amending article 849 (a), Customs Regulations of 1937, and section 17.2, Customs Regulations of 1943, promulgated subsequent to the collector's refusal to accept the protest, noted.